1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA G. OCHOA, et al., | Case No.: 3:20-cv-1037-L-DEB |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE WITHOUT PREJUDICE** |
| SAN DIEGO COUNTY CREDIT UNION, | |
| Defendant. | |

On July 10, 2020, the Court granted Plaintiffs and Defendant San Diego County Credit Union's ("SDCCU") joint motion to submit the claims to arbitration. (Doc. No. 9). The Court also stayed Plaintiffs' prosecution of claims against SDCCU in this action. *Id*.

On September 28, 2020, Plaintiffs voluntarily dismissed Defendant Equifax with prejudice. (Doc. No. 15). On October 30, 2020, the Court granted a joint motion to dismiss Defendant TransUnion with prejudice. (Doc. No. 21). There was no further activity in the case. (*See* Docket).

Therefore, on May 7, 2021, the Court issued an order to show cause as to why it should not dismiss the case without prejudice under Civil Local Rule 41.1. (Doc. No. 22).

Based on the responses to the order to show cause, it is apparent Plaintiffs never commenced arbitration against SDCCU. (Doc. No. 23 at 3; Doc. No. 24). Plaintiffs intend to initiate arbitration in June 2021 – almost one year after the Court granted

1  Plaintiffs and SDCCU's joint motion. (Doc. No. 24). Plaintiffs request the Court not
2  dismiss the case. *Id*.
3      When, as here, all the claims raised in an action are subject to arbitration, courts
4  may either stay the action or dismiss it outright. *Johnmohammadi v. Bloomingdale's,*
5  *Inc.*, 755 F.3d 1072, 1074 (9th Cir. 2014). Based on the foregoing, the Court
6  **DISMISSES WITHOUT PREJUDICE** this action. This order does not preclude either
7  party from returning to court to confirm, vacate, or modify the arbitration award as
8  provided in 9 U.S.C. section 1 *et seq*.
9      **IT IS SO ORDERED.**
10 Dated:  May 28, 2021

                                              Hon. M. James Lorenz
                                              United States District Judge